10-20760

**STATE OF WYOMING**
Worker's Safety and Compensation
1510 East Pershing Blvd.
Cheyenne, Wyoming 82002
307-777-7441

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2010 JUL 29 AM 11:30

Warrant Nbr   :AD000000009144951
Warrant Date  :07/15/2010
Case Nbr      :201002850
Amount        :    882.60
Page          :1

**STATEMENT OF PAYMENT**

JOSEPH R LICHTER
PO BOX 5137
ETNA WY 83118

*Last check recieved by workers Compensation*

**STATE WARRANT ENCLOSED**

| Type of Payment | Case Name | Date of Service From | Thru | Amount Paid |
|---|---|---|---|---|
| Temporary | LICHTER JOSEPH R | 07/01/2010 | 07/11/2010 | 882.60 |

If any of your personal information has changed, please complete the bottom portion, detach and return with the correct information by the 20th of the month.

**PLEASE PRINT OR TYPE**

Case Nbr    201002850

Name _____    SSN _____

Street _____    Phone _____

City _____

State and Zip _____

**Wyoming Workers' Safety & Compensation Division**
Cheyenne Business Center
1510 East Pershing Boulevard
Cheyenne, Wyoming 82002
307-777-7441

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2010 JUL 29 AM 11:31

March 25, 2010

JOSEPH LICHTER
PO BOX 5137
ETNA WY 83118


CASE NO 201002850

Dear Mr. LICHTER:

FINAL DETERMINATION ON TEMPORARY TOTAL DISABILITY AND RATE OF PAY

The Workers' Compensation Division has reviewed and approved your
Application for Temporary Disability benefits. Your actual monthly
earnings have been determined to be $3553.33. This information has
been verified with your employer.

Your Temporary Total Disability will be paid at the monthly rate of
$2369.01. W.S.27-14-403. You will only be paid for the days lost from work
if certified by your Health Care Provider.

If medical care is received ENTIRELY in the state of Wyoming and your
injury date is after July 1, 1998, an incentive amount will be added to
the above Temporary Total Disability monthly rate. Once you leave Wyoming
for medical care the additional incentive will cease without notification.

NOTE: If you are returning to work of any type, please notify your claims
analyst immediately.

Either the claimant or the employer may object to this determination and
request a hearing. Affected parties have a right to a hearing before a
hearing examiner as provided by the Wyoming Workers' Compensation Act and
to legal representaion. The Division must receive a written request for
a hearing on or before April 09, 2010. If a timely written request
for hearing is not filed with the Division, the final determination by
the Division persuant to W.S.27-14-601(k) shall not be subject to
further administrative or judicial review.

If you have an attorney representing you, it is your obligation to see
that the attorney gets a copy of this letter.

CORR     8-200

```
Case Name   :JOSEPH LICHTER
Case Number:201002850
Date        :March 25, 2010
Page        :2
```

If there are any questions, please contact MARIBETH SHAW at (307)777-5146.

Copy: FILE
      ROBERT POINT CONSTRUCTION INC