IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| JOSEPH RAYMOND LICHTER and | ) | Case No. 10-20760 |
| JESSICA DENNISE LICHTER, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

FILED
3:09 pm, 8/4/10
Tim J. Ellis
Clerk of Court

## ORDER REQUIRING COMPLIANCE

On June 28, 2010, the debtors filed a Chapter 7 Petition. A review of the file finds that the Employee Income Records for Jessica Lichter have not been filed pursuant to Local Bankruptcy Rule 1007-1(C).

IT IS, THEREFORE, ORDERED that the debtors will file the outstanding Employee Income Records for Jessica Lichter, or proof of a lack thereof, on or before August 13, 2010, failing which Jessica Lichter will be dismissed from this case without further notice or hearing.

DATED this ____ day of August, 2010.

By the Court

HONORABLE PETER J. MCNIFF
United States Bankruptcy Judge

Service to:
    Joseph Lichter
    Jessica Lichter